FILED

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0659

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0659

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL JOE PAINTER,

      Defendant and Appellant.

## ORDER FOR EXTENSION OF TIME

Upon consideration of Appellant's eighth motion for extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 11, 2023 within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2023